UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
APOTHECARY ARTS PHARMACY INC.    )
d/b/a AURORA COMMUNITY PHARMACY, )
  et al.,                         )
                                  )
              Plaintiffs,         )
                                  )
      v.                          )    CIV. NO. _____
                                  )
ALBERTO R. GONZALES, et al.,      )
                                  )
              Defendants.         )
```

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Apothecary Arts Pharmacy Inc. d/b/a Aurora Community Pharmacy ("Aurora") and City View Pharmacy ("City View") (each a "Plaintiff" and collectively "Plaintiffs") hereby move this Court to preliminarily enjoin and to dissolve the Drug Enforcement Administration's ("DEA") immediate suspension of Plaintiffs' DEA Certificates of Registration BA9116395 and BC7177694 (collectively "Registrations") to dispense controlled substances.

In support of this Motion, Plaintiffs submit the attached Memorandum of Law and Facts, Declarations, and Exhibits hereto.

Pursuant to Local Rule 7.1(f), Plaintiffs respectfully request oral argument on the their Motion for Preliminary Injunction.

Dated: January 23, 2006

                        Respectfully submitted,

By: _____
      Douglas J. Behr  (D.C. Bar No. 163998)
      Keller and Heckman LLP
      1001 G Street NW, Suite 500
      Washington, DC  20001
      (202) 434-4200

      Attorney for Plaintiffs Apothecary Arts Pharmacy Inc. and
      City View Pharmacy

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006 a copy of the foregoing Plaintiffs' Motion for a Preliminary Injunction and Memorandum of Points and Authorities in Support of Plaintiffs' Motion for a Preliminary Injunction was served on each of the defendants, as well as the United States Attorney for the District of Columbia, along with the Complaint.

Brian J. Tanenbaum