UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY INC. d/b/a AURORA COMMUNITY PHARMACY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, et al., <br><br> Defendants. | CIV. NO. _____ |

### [PROPOSED] ORDER AND FINDINGS OF LAW AND FACT

Upon consideration of the Motion of Apothecary Arts Pharmacy Inc. d/b/a Aurora Community Pharmacy ("Aurora") and City View Pharmacy ("City View") (each a "Plaintiff" and collectively "Plaintiffs") for a Preliminary Injunction and the Declarations, Exhibits, and Memorandum of Law in support thereof; any response thereto; and Oral Argument, if any, this Court makes the following findings and conclusions of law:

1.     Plaintiffs are likely to prevail on the claim that their due process rights have been violated. The Controlled Substances Act (CSA) and the Drug Enforcement Agency's (DEA) regulations implementing the statute are constitutionally deficient because they fail to assure the prompt post-suspension hearing required by due process. Therefore, the immediate suspension of Plaintiffs' Registrations was constitutionally infirm under the Due Process Clause of the Fifth Amendment.

2. The suspension of Plaintiffs' Registrations is causing irreparable harm to Plaintiffs. Plaintiffs have lost sales that cannot be recovered. Plaintiffs reputations have also been damaged on account of the stigma associated with the suspensions.

3. The harm that may be suffered by other parties if an injunction is granted is greatly outweighed by the irreparable harm to be suffered by the Plaintiffs. DEA can suffer no cognizable harm as a result of an injunction imposed on account of its violation of due process.

4. The strong public interest is served with the granting of this motion. The public will be benefited if Plaintiffs are allowed to provide the services they have provided by dispensing controlled substances. Whereas the DEA has claimed a public interest associated with suspending Plaintiffs' Registrations, the public interest is served by requiring an agency to act lawfully. Other government agencies and other persons who manufacture, distribute, dispense, import, or export controlled substances subject to the CSA and applicable DEA regulations will benefit if the DEA is required to conduct its business in a fair and unbiased manner in accordance with the constitution.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that Alberto R. Gonzales, Karen P. Tandy and DEA and its employees, representatives, and agents shall dissolve the suspension of Plaintiffs' DEA Certificates of Registration BA9116395 and BC7177694 (collectively "Registrations") to dispense controlled substances.

Dated: January 23, 2006

_____
United States District Court Judge