UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| APOTHECARY ARTS PHARMACY INC. <br> d/b/a AURORA COMMUNITY PHARMACY, <br> et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. NO. _____ <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Apothecary Arts Pharmacy Inc. d/b/a Aurora Community Pharmacy ("Aurora") and City View Pharmacy ("City View") (each a "Plaintiff" and collectively "Plaintiffs") hereby move this Court to grant an expedited hearing on Plaintiffs' Motion for a Preliminary Injunction.

The immediate suspension of Plaintiffs' Registrations threatens the very existence of Plaintiffs' businesses. The suspension prohibits Plaintiffs from filling prescriptions for *any* controlled substance, whether to Internet customers or to customers who fill prescriptions directly with the pharmacies. Plaintiffs have suffered, and will continue to suffer, monetary loss on account of the suspensions for which they will never be compensated. As such, every day that the suspensions are in effect further injures plaintiffs to a great extent.

**WHEREFORE**, Plaintiffs' pray for an expedited hearing upon this motion on their pending motion on or before February 10, 2005.

Dated: January 23, 2006

        Respectfully submitted,

By: _____
Douglas J. Behr (D.C. Bar No. 163998)
Keller and Heckman LLP
1001 G Street NW, Suite 500
Washington, DC 20001
(202) 434-4200

Attorney for Plaintiffs Apothecary Arts Pharmacy Inc. and City View Pharmacy

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2006 a copy of the foregoing Plaintiffs' Motion for an Expedited Hearing on Their Motion For a Preliminary Injunction was served on each of the defendants, as well as the United States Attorney for the District of Columbia, along with the Complaint.

_____
Brian J. Tanenbaum