UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| APOTHECARY ARTS PHARMACY INC. d/b/a AURORA COMMUNITY PHARMACY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALBERTO R. GONZALES, et al., <br><br> Defendants. | CIV. NO. _____ |

**[PROPOSED ORDER] GRANTING PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of the Motion of Apothecary Arts Pharmacy Inc. d/b/a Aurora Community Pharmacy ("Aurora") and City View Pharmacy ("City View") (each a "Plaintiff" and collectively "Plaintiffs") for an expedited hearing

**IT IS ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

**IT IS FURTHER ORDERED** that an expedited hearing upon this motion be scheduled on February 10, 2006.

Dated: January 23, 2006

_____
United States District Court Judge