UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY INC. d/b/a AURORA COMMUNITY PHARMACY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>　　　　　Defendants. | CIV. NO. _____ |

**CORPORATE DISCLOSURE STATEMENT OF APOTHECARY ARTS PHARMACY, INC. d/b/a AURORA COMMUNITY PHARMACY**

Pursuant to Fed. R. Civ. P. 7.1, Apothecary Arts Pharmacy Inc. d/b/a Aurora Community Pharmacy ("Aurora") hereby provides the following information concerning corporate affiliations:

Aurora is solely owned by Robin Hyman.

Dated: January 23, 2006

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Douglas J. Behr (D.C. Bar No. 163998)
　　　　　　　　　　　　　　　Keller and Heckman LLP
　　　　　　　　　　　　　　　1001 G Street NW, Suite 500
　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　(202) 434-4200

　　　　　　　　　　　　　　　Attorney for Plaintiffs Apothecary Arts Pharmacy Inc. and City View Pharmacy