UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., d/b/a AURORA COMMUNITY PHARMACY, *et al.*, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | Civil No. 06-119 (RCL) ) ) |
| ALBERTO R. GONZALES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON THEIR MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the Motion [3] of Apothecary Arts Pharmacy, Inc., d/b/a Aurora Community Pharmacy, and City View Pharmacy for an expedited hearing, it is hereby

ORDERED that the Motion [3] for An Expedited Hearing on Plaintiffs' Motion [2] for a Preliminary Injunction is GRANTED; it is further

ORDERED that an expedited hearing on this motion [2] be scheduled on February 3, 2006 at 2:00 p.m.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 24, 2006.