## UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

APOTHECARY ARTS PHARMACY, INC :
    et al,                           :
        Plaintiffs,       :
        v.                      :       Civil Action No. 6-119 (RCL)
                            :
ALBERTO GONZALES, et al,    :
        Defendants.    :

### ORDER

The Court having considered the defendant's motion to dismiss plaintiffs' complaint and opposition to plaintiffs' motion for a temporary restraining order and preliminary injunction, and the record in this matter, it is hereby

ORDERED the plaintiffs' complaint is DISMISSED.

Date:                                     _____
                                                  UNITED STATES DISTRICT JUDGE