IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 1:06-CV-00119-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Ori Lev, Senior Trial Counsel, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters an appearance on behalf of Defendants in this matter, substituting as counsel for Assistant United States Attorney Rhonda C. Fields. Mr. Lev's contact information is as follows:

| | |
|---|---|
| Mailing address: | P.O. Box 883<br>Washington, D.C. 20044 |
| Phone: | (202) 514-2395 |
| Fax: | (202) 318-7589 |
| Email: | ori.lev@usdoj.gov |

Dated: March 20, 2006.          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

    /s/ Ori Lev
ORI LEV
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C. 20044
Street: 20 Massachusetts Ave., NW
        Room 7330
        Washington, D.C. 20001
Phone: (202) 514-2395
Fax:   (202) 318-7589
E-mail: ori.lev@usdoj.gov

*Attorneys for Defendants*