IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.1:06-CV-00119-RCL |
| ) | |
| ALBERTO R. GONZALES, Attorney General ) | |
| of the United States, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendants hereby move for an extension of time to respond to the First Amended Complaint in this action. Plaintiffs filed their First Amended Complaint on March 7, 2006. Among other things, the First Amended Complaint includes a new Fourth Claim for Relief alleging that the DEA's Guidance entitled "Dispensing and Purchasing Controlled Substances over the Internet," 66 Fed. Reg. 21,181 (April 27, 2001), is invalid for various reasons, and seeks a declaration that the Guidance is "invalid." See First Amended Compl. at 13-14. Defendants' response to the First Amended Complaint is currently due Friday, March 24, 2006.

Defendants respectfully request an extension of time to respond to the First Amended Complaint to and including April 28, 2006. Defendants request this extension in light of the new claim raised in the First Amended Complaint, the fact that the undersigned has only recently been assigned to this case, and the undersigned's workload.

Counsel for Plaintiffs has indicated that he has no objection to this Motion.

A proposed order is attached for the Court's consideration.

WHEREFORE, Defendants respectfully request that the instant motion be GRANTED and that Defendants' time to respond to the First Amended Complaint be extended to April 28, 2006.

Dated: March 20, 2006.                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director


  /s/ Ori Lev
ORI LEV
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C.  20044
Street: 20 Massachusetts Ave., NW
        Room 7330
        Washington, D.C.  20001
Phone: (202) 514-2395
Fax:    (202) 318-7589
E-mail: ori.lev@usdoj.gov

*Attorneys for Defendants*