## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.1:06-CV-00119-RCL |
| ) | |
| ALBERTO R. GONZALES, Attorney General ) | |
| of the United States, et al., ) | |
| ) | |
| Defendants. ) | |

[Proposed]
**ORDER**

THIS MATTER having come before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to First Amended Complaint, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants shall have until April 28, 2006 to Answer or otherwise respond to the First Amended Complaint.

**SO ORDERED.**

Dated: _____    _____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE