UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| APOTHECARY ARTS PHARMACY, INC., d/b/a AURORA COMMUNITY PHARMACY, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 06-119 (RCL) |
| v. | ) ) | |
| ALBERTO R. GONZALES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of defendants' unopposed Motion [12] for an Extension of Time to Respond to First Amended Complaint, and good cause having been shown, it is hereby

ORDERED that defendants' Motion [12] is GRANTED; and it is further

ORDERED that defendants shall have until April 28, 2006 to answer or otherwise respond to the First Amended Complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 24, 2006.