RECEIVED
APR - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, Attorney General )<br>of the United States, et al., )<br>)<br>Defendants. )<br>) | No.1:06-CV-00119-RCL |

## NOTICE OF APPEAL

Notice is hereby given that Alberto R. Gonzales, Attorney General of the United States; Karen P. Tandy, Administrator, Drug Enforcement Administration ("DEA"); and the DEA, defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order granting Plaintiffs' Motion for a Preliminary Injunction, entered in this action of the 3rd day of February, 2006.

Dated: April 4, 2006.                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

_____
ORI LEV
Senior Trial Counsel
United States Department of Justice

Civil Division, Federal Programs Branch
Mail:   P.O. Box 883
        Washington, D.C.  20044
Street: 20 Massachusetts Ave., NW
        Room 7330
        Washington, D.C.  20001
Phone: (202) 514-2395
Fax:    (202) 318-7589
E-mail: ori.lev@usdoj.gov

*Attorneys for Defendants*