IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTHECARY ARTS PHARMACY, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No.1:06-CV-00119-RCL |
| | ) |
| ALBERTO R. GONZALES, Attorney General of the United States, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs Apothecary Arts Pharmacy, Inc. d/b/a Aurora Community Pharmacy; City View Pharmacy; and Lindy's Pharmacy, Nova Enterprises & Consulting, d/b/a Lindy's Pharmacy, Inc. hereby dismiss this action with prejudice.

Dated: April 28, 2006.            Respectfully submitted,

  /s/  _____
Douglas J. Behr
(D.C. Bar Number 163998)
KELLER and HECKMAN, LLP
1001 G Street, N.W.
Washington, D.C. 20036
Tel: (202) 434-4100
Fax: (202) 434-4646
behr@khlaw.com

*Attorneys for Plaintiffs*