# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5097**

**September Term, 2005**

06cv00119

Filed On:

Apothecary Arts Pharmacy, Inc., et al., *d/b/a* Aurora Community Pharmacy,
    Appellees

v.

Alberto Gonzales, Attorney General of the United States, et al.,
    Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 3 0 2005

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Rogers, Circuit Judges

### ORDER

Upon consideration of appellants' unopposed motion to dismiss the appeal as moot, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

Per Curiam

A true copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk